IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KERRY RON CHANDLER,<br><br>Defendant. | **8:26CR170**<br><br>**CONFERENCE INSTRUCTIONS AND ORDER** |

**WEBEX CASE CONFERENCE INSTRUCTIONS**

**IT IS ORDERED:**

1. The telephone conference with counsel will be held on 12/17/2026, at 10:00 a.m. before the undersigned magistrate judge.

2. Defense counsel, and counsel for the government shall attend, and shall use the following WebEx instructions:

   Dial 1-855-244-8681
   Enter the access code **2318 458 0616**, then hit the # key.

Dated this 13th day of November, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge